UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

DONALD L LINDEN
JOANNE ISIDORI-LINDEN

Case No.:  15-30186

Adv. No.:

Hearing Date:

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/02/2017, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
DONALD L LINDEN
JOANNE ISIDORI-LINDEN
16 CARPENTER PL
CRANFORD, NJ  07016
Mode of Service:  Regular Mail

Attorney for Debtor(s):
HARVEY I. MARCUS ESQ
250 PEHLE AVENUE
SUITE 200
SADDLE BROOK, NJ  07663
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  October 02, 2017

By:  /S/  Lauren O'Shea
Lauren O'Shea