# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Donald L Linden and
Joanne Isidori-Linden

Case No.: 15-30186 (SLM)

Hearing Date: 11/8/2017

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Judge Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Trustee's Certification of Default Filed on 10/2/17. Debtors' Certification in Opposition to Default Filed 10/16/17.

**Location of Hearing:** Courtroom No. 3A
M. L. K. Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**Date and Time:** November 8, 2017 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: October 16, 2017

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 16, 20 17 this notice was served on the following: Debtors, Debtors' Attorney, Trustee, and UST

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Donald L Linden
Joanne Isidori-Linden
    Debtors

Case No. 15-30186-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 16, 2017
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db/jdb         +Donald L Linden,    Joanne Isidori-Linden,    16 Carpenter Pl,    Cranford, NJ 07016-2540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp
         nj_ecf_notices@buckleymadole.com
        Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicer for
         Toyota Lease Trust nj_ecf_notices@buckleymadole.com
        Harvey I. Marcus    on behalf of Debtor Donald L Linden him@lawmarcus.com
        Harvey I. Marcus    on behalf of Joint Debtor Joanne  Isidori-Linden him@lawmarcus.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
         NJ_ECF_Notices@buckleymadole.com
        Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
         individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
        Stuart H. West    on behalf of Creditor    U.S. Bank National Association, not in its individual
         capacity but solely as trustee for the RMAC Trust, Series 2016-CTT swest@pbslaw.org
                                                                                                    TOTAL: 9