Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 15−30186−SLM  
Chapter: 13  
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donald L Linden                     Joanne Isidori−Linden  
16 Carpenter Pl                     16 Carpenter Pl  
Cranford, NJ 07016                  Cranford, NJ 07016

Social Security No.:  
    xxx−xx−2248                         xxx−xx−3762

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 1, 2017.

On 10/13/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:           December 13, 2017  
Time:           09:00 AM  
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 18, 2017  
JAN: dmc

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-30186-SLM
Donald L Linden                                                           Chapter 13
Joanne Isidori-Linden
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Oct 18, 2017
                              Form ID: 185             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
```
db/jdb         +Donald L Linden,    Joanne Isidori-Linden,    16 Carpenter Pl,    Cranford, NJ 07016-2540
cr             +NATIONSTAR MORTGAGE LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +NATIONSTAR MORTGAGE LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +Toyota Motor Credit Corp,    c/o Buckley Madole PC,    99 Wood Ave South #803,
                 Iselin, NJ 08830-2713
cr             +Toyota Motor Credit Corporation as servicer for To,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +U.S. Bank National Association, not in its individ,    c/o Rushmore Loan Management Services,
                 PO Box 55004,    Irvine, CA 92619-5004
515816733      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
515816734      +American Express,    P.o. Box 981537,    El Paso, TX 79998-1537
515913987       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515816736     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Attn: Recovery Department,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410)
515816738       Bank of America,    De5-019-03-07,    Newark, DE 19714
515816740     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
515816739      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515913134       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515984415       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515816741      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515816743      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
515816742      +Chase Card Services,    Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
515816745      +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
515816744      +Citibank,    Citicorp Credt Srvs/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516023529     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,
                 Dallas, Texas 75261-9741)
515816750      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    PO Box 619094,    Dallas, TX 75261-9094
515931947     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
515816751       State of New Jersey,    PO Box 245,    Trenton, NJ 08602-0245
515816754     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,     4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
515816753      +Tnb-Visa (TV) / Target,    Po Box 673,    Minneapolis, MN 55440-0673
515816752      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN 55440-9475
515956999      +Toyota Lease Trust,    c/o TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,
                 ADDISON, TEXAS 75001-9013
515816756       Toyota Motor Credit Co,    Address Not Available,    Atlanta, GA 30309
515872987      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516281325       U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708
516281326      +U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708,    U.S. Bank National Association,
                 c/o Rushmore Loan Management Services 92619-2708
515816757       Wells Fargo,    Wells Fargo Bank,    Mac X2505-033 Pob 10438,    Des Moines, IA 50306
515816758      +Wells Fargo,    Po Box 84712,    Sioux Falls, SD 57118-4712
515913005      +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                 Sioux Falls  SD 57104-0422
515962176       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2017 23:04:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2017 23:04:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:16      Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515816747       E-mail/Text: mrdiscen@discover.com Oct 18 2017 23:03:53      Discover Financial,    Po Box15316,
                 Wilmington, DE 19850
515843214       E-mail/Text: mrdiscen@discover.com Oct 18 2017 23:03:53      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515816746      +E-mail/Text: mrdiscen@discover.com Oct 18 2017 23:03:53      Discover Financial,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Oct 18, 2017
                              Form ID: 185             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515816748         +E-mail/Text: cio.bncmail@irs.gov Oct 18 2017 23:04:06      Internal Revenue Service,
                   Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
515816749         +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2017 23:03:57       Kohls/capone,
                   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
516081224          E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 23:01:00       Synchrony Bank,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515816735*       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court:   Bank of America,    P.O. Box 982236,   El Paso, TX 79998)
515816737*       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                   (address filed with court:   Bank of America,    Po Box 982235,   El Paso, TX 79998)
515816755*       ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                   (address filed with court:   Toyota Motor Credit Co,    Toyota Financial Services,   Po Box 8026,
                    Cedar Rapids, IA 52408)
                                                                                     TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp
               nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicer for
               Toyota Lease Trust nj_ecf_notices@buckleymadole.com
              Harvey I. Marcus    on behalf of Joint Debtor Joanne  Isidori-Linden him@lawmarcus.com
              Harvey I. Marcus    on behalf of Debtor Donald L Linden him@lawmarcus.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC
               NJ_ECF_Notices@buckleymadole.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT swest@pbslaw.org
                                                                                              TOTAL: 9
```