UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (HM8635)
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 078663
Tel. 800-792-5500
Fax. 888-565-0403
HIM@lawmarcus.com
Attorney for Debtor(s)

In Re:
Donald L Linden and
Joanne Isidori-Linden,
                Debtor(s).

**Order Filed on November 6, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No. 15-30186
Adv. No.

Hearing Date:

Judge: Stacey L Meisel

**ORDER**
Approving Modification of Mortgage

**DATED: November 6, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

04/08/02

**(Page 2)**

Debtor(s): Donald L Linden and Joanne Isidori-Linden

Case No: 15-30186

Caption of Order: Order Approving Modification of Mortgage

Upon consideration of Debtors' Motion and good cause appearing, it is

ORDERED that the permanent mortgage modification agreement with Rushmore Loan Management Services, LLC (creditor) as attached to the moving papers, is approved

The Chapter 13 Standing Trustee shall stop all disbursements to creditor.

The proof of claim of creditor shall be reduced to the amount paid by the Chapter 13 Standing Trustee prior to the date of the modification.

An amended schedule J and a modified chapter 13 Plan shall be filed as appropriate.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-30186-SLM
Donald L Linden                                                     Chapter 13
Joanne Isidori-Linden
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 06, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.
db/jdb         +Donald L Linden,    Joanne Isidori-Linden,    16 Carpenter Pl,    Cranford, NJ 07016-2540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp nj_ecf_notices@buckleymadole.com
        Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicer for Toyota Lease Trust nj_ecf_notices@buckleymadole.com
        Harvey I. Marcus    on behalf of Debtor Donald L Linden him@lawmarcus.com
        Harvey I. Marcus    on behalf of Joint Debtor Joanne  Isidori-Linden him@lawmarcus.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC NJ_ECF_Notices@buckleymadole.com
        Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
        Stuart H. West    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT swest@pbslaw.org
                                                                           TOTAL: 9