HARVEY I. MARCUS ESQ  
250 PEHLE AVENUE  
SUITE 200  
SADDLE BROOK, NJ  07663  

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017**  
Chapter 13 Case # 15-30186

| Re: | DONALD L LINDEN | Atty: | HARVEY I. MARCUS ESQ |
|---|---|---|---|
| | JOANNE ISIDORI-LINDEN | | 250 PEHLE AVENUE |
| | 16 CARPENTER PL | | SUITE 200 |
| | CRANFORD, NJ 07016 | | SADDLE BROOK, NJ 07663 |

### RECEIPTS AS OF 12/31/2017   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2015 | $200.00 | 23229103217 | 02/18/2016 | $400.00 | 23250388768 |
| 02/22/2016 | $200.00 | 23250381513 | 03/08/2016 | $200.00 | 23250396284 |
| 04/18/2016 | $200.00 | 23610803062 | 05/19/2016 | $200.00 | 23379075573 |
| 06/20/2016 | $200.00 | 23610814931 | 07/15/2016 | $200.00 | 23379083188 |
| 08/12/2016 | $200.00 | 23379084628 | 09/13/2016 | $200.00 | 23379090840 |
| 10/18/2016 | $200.00 | 23379089804 | 11/15/2016 | $200.00 | 23379097623 |
| 12/14/2016 | $200.00 | 23990229178 | 01/23/2017 | $200.00 | 23990232126 |
| 02/28/2017 | $200.00 | 23990238573 | 03/28/2017 | $200.00 | 23990240665 |
| 04/21/2017 | $200.00 | 23990247257 | 05/31/2017 | $200.00 | 23941348380 |
| 07/05/2017 | $200.00 | 24319355275 | 08/01/2017 | $200.00 | 24319358188 |
| 09/06/2017 | $200.00 | 24319362881 | 10/03/2017 | $200.00 | 24319366525 |
| 10/24/2017 | $200.00 | 24319369462 | 11/21/2017 | $200.00 | 24319371655 |

**Total Receipts: $5,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017   (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 290.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,800.00 | 100.00% | 4,721.60 | 78.40 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 3,609.03 | 100.00% | 0.00 | 3,609.03 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | CAPITAL ONE BANK | UNSECURED | 5,400.25 | 100.00% | 0.00 | 5,400.25 |
| 0009 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ECAST SETTLEMENT CORPORATION | UNSECURED | 6,874.58 | 100.00% | 0.00 | 6,874.58 |
| 0014 | DISCOVER BANK | UNSECURED | 5,841.24 | 100.00% | 0.00 | 5,841.24 |
| 0017 | CAPITAL ONE NA | UNSECURED | 27.54 | 100.00% | 0.00 | 27.54 |
| 0018 | US BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 15-30186**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0020 | TNB-VISA (TV) / TARGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | WELLS FARGO BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | STATE OF NJ | PRIORITY | 1,118.65 | 100.00% | 0.00 | 1,118.65 |
| 0032 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $5,011.80**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $5,000.00        -    Paid to Claims: $0.00        -    Admin Costs Paid: $5,011.80    =    Funds on Hand: $188.20

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.