HARVEY I. MARCUS ESQ  
250 PEHLE AVENUE  
SUITE 200  
SADDLE BROOK, NJ  07663  

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 15-30186

| Re: | DONALD L LINDEN | Atty: | HARVEY I. MARCUS ESQ |
|---|---|---|---|
|  | JOANNE ISIDORI-LINDEN |  | 250 PEHLE AVENUE |
|  | 16 CARPENTER PL |  | SUITE 200 |
|  | CRANFORD,  NJ  07016 |  | SADDLE BROOK, NJ  07663 |

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2015 | $200.00 | 23229103217 | 02/18/2016 | $400.00 | 23250388768 |
| 02/22/2016 | $200.00 | 23250381513 | 03/08/2016 | $200.00 | 23250396284 |
| 04/18/2016 | $200.00 | 23610803062 | 05/19/2016 | $200.00 | 23379075573 |
| 06/20/2016 | $200.00 | 23610814931 | 07/15/2016 | $200.00 | 23379083188 |
| 08/12/2016 | $200.00 | 23379084628 | 09/13/2016 | $200.00 | 23379090840 |
| 10/18/2016 | $200.00 | 23379089804 | 11/15/2016 | $200.00 | 23379097623 |
| 12/14/2016 | $200.00 | 23990229178 | 01/23/2017 | $200.00 | 23990232126 |
| 02/28/2017 | $200.00 | 23990238573 | 03/28/2017 | $200.00 | 23990240665 |
| 04/21/2017 | $200.00 | 23990247257 | 05/31/2017 | $200.00 | 23941348380 |
| 07/05/2017 | $200.00 | 24319355275 | 08/01/2017 | $200.00 | 24319358188 |
| 09/06/2017 | $200.00 | 24319362881 | 10/03/2017 | $200.00 | 24319366525 |
| 10/24/2017 | $200.00 | 24319369462 | 11/21/2017 | $200.00 | 24319371655 |
| 01/01/2018 | $200.00 | 24642352495 | 01/30/2018 | $750.00 | 24642358110 |
| 02/27/2018 | $750.00 | 24642360213 | 04/02/2018 | $750.00 | 24642360663 |
| 05/01/2018 | $750.00 | 24642368605 | 05/30/2018 | $750.00 | 24642372554 |
| 07/03/2018 | $750.00 | 24852302831 | 07/31/2018 | $750.00 | 24852305316 |
| 09/04/2018 | $750.00 | 24852304945 | 10/02/2018 | $750.00 | 24852314272 |
| 11/01/2018 | $750.00 | 24852317422 | 12/04/2018 | $750.00 | 24852319558 |

**Total Receipts: $13,450.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $13,450.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
|  | 03/19/2018 | $66.80 | 8,000,459 | | 05/14/2018 | $117.72 | 8,000,532 |
|  | 06/18/2018 | $235.43 | 8,000,579 | | 08/20/2018 | $235.43 | 8,000,648 |
|  | 10/22/2018 | $238.05 | 8,000,725 | | 11/19/2018 | $117.34 | 8,000,766 |
| CAPITAL ONE BANK | | | | | | | |
|  | 03/19/2018 | $99.96 | 798,289 | | 05/14/2018 | $176.14 | 802,077 |
|  | 06/18/2018 | $352.28 | 803,983 | | 08/20/2018 | $352.28 | 807,874 |
|  | 10/22/2018 | $356.17 | 811,767 | | 11/19/2018 | $175.60 | 813,729 |
| CAPITAL ONE NA | | | | | | | |
|  | 08/20/2018 | $5.00 | 8,000,653 | | | | |

**Chapter 13 Case # 15-30186**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 03/19/2018 | $108.12 | 798,409 | | 05/14/2018 | $190.52 | 802,193 |
| | 06/18/2018 | $381.04 | 804,113 | | 08/20/2018 | $381.05 | 808,000 |
| | 10/22/2018 | $385.30 | 811,895 | | 11/19/2018 | $189.88 | 813,840 |
| ECAST SETTLEMENT CORPORATION | | | | | | | |
| | 03/19/2018 | $127.25 | 8,000,464 | | 05/14/2018 | $224.23 | 8,000,537 |
| | 06/18/2018 | $448.45 | 8,000,585 | | 08/20/2018 | $448.46 | 8,000,659 |
| | 10/22/2018 | $453.41 | 8,000,729 | | 11/19/2018 | $223.54 | 8,000,772 |
| STATE OF NJ | | | | | | | |
| | 01/22/2018 | $109.80 | 795,421 | | 02/20/2018 | $705.75 | 797,262 |
| | 03/19/2018 | $303.10 | 799,091 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 774.69 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,800.00 | 100.00% | 4,800.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 3,609.03 | 100.00% | 1,128.10 | 2,480.93 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | CAPITAL ONE BANK | UNSECURED | 5,400.25 | 100.00% | 1,688.00 | 3,712.25 |
| 0009 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ECAST SETTLEMENT CORPORATION | UNSECURED | 6,874.58 | 100.00% | 2,148.84 | 4,725.74 |
| 0014 | DISCOVER BANK | UNSECURED | 5,841.24 | 100.00% | 1,825.86 | 4,015.38 |
| 0017 | CAPITAL ONE NA | UNSECURED | 27.54 | 100.00% | 5.00 | 22.54 |
| 0018 | US BANK TRUST NA | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | TNB-VISA (TV) / TARGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | WELLS FARGO BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | STATE OF NJ | PRIORITY | 1,118.65 | 100.00% | 1,118.65 | 0.00 |
| 0032 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $13,489.14**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $13,450.00   -   Paid to Claims: $7,914.45   -   Admin Costs Paid: $5,574.69   =   Funds on Hand: $710.86

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.