UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
 Saddle Brook, NJ 07663
him@lawmarcus.com
Tel. 800-792-5500
Fax. 888-565-0403
Attorney for Debtor(s)

In Re:

Donald L Linden and
Joanne Isidori-Linden,
            Debtor(s).

Order Filed on October 28,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No. 15-30186

Adv. No.

Hearing Date: October 23, 2019
Judge: Stacey L Meisel

# ORDER
Withdrawing as Attorney

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: October 28, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

04/08/02

**(Page 2)**
Debtor(s): Donald L Linden and Joanne Isidori-Linden
Case No: 15-30186
Caption of Order: Order Withdrawing as Attorney

     Upon consideration of the request by Harvey I. Marcus Attorney for Debtor(s) for an Order authorizing him to withdraw as Attorney for Debtor(s) and good cause appearing therefore, it is hereby

     **ORDERED** that Harvey I. Marcus is authorized to withdraw as Attorney for Debtor(s) effective upon the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-30186-SLM
Donald L Linden                                                                 Chapter 13
Joanne Isidori-Linden
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 28, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
db/jdb         +Donald L Linden,    Joanne Isidori-Linden,   16 Carpenter Pl,    Cranford, NJ 07016-2540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp
               NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicer for
               Toyota Lease Trust NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Harvey I. Marcus    on behalf of Debtor Donald L Linden him@lawmarcus.com
              Harvey I. Marcus    on behalf of Joint Debtor Joanne  Isidori-Linden him@lawmarcus.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC NJ_ECF_Notices@mccalla.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT swest@pbslaw.org
                                                                                             TOTAL: 11