UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Secured Creditor BSI Financial Services as Servicer for US Bank Trust N.A., as Trustee of the SCIG Series III Trust

In Re:

Donald L Linden
Joanne Isidori-Linden

Debtor(s)

Order Filed on October 29, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.: 15-30186

Chapter: 13

Hearing Date:
September 11, 2019 at 10:00 AM

Hon. Judge:
Stacey L. Meisel

## ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 29, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Applicant:                                BSI Financial Services
Applicant's Counsel:                      Friedman Vartolo LLP
Debtor's Counsel:                         Harvey I. Marcus
Property Involved ("Collateral"):         16 Carpenter Place, Cranford, NJ 07016

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **5** months, from **June 1, 2019** to **October 1, 2019**.
   - The Debtor is overdue for **5** payments at **$3,761.87** per month.
   - Less Funds held in debtor(s) suspense **$51.92**.

   Total Arrearages Due: **$18,757.43**

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on **November 1, 2019**, additional monthly cure payments shall be made in the amount of **$3,126.24** for **6** months.
   - Beginning on **November 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$3,761.87**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address(es):

   - ✓ Payments:                         BSI Financial Services
                                         314 S. Franklin Street
                                         P.O. Box 517
                                         Titusville, PA 16354

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the

payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

4. Award of Attorney's Fees:

- ✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-30186-SLM
Donald L Linden                                                         Chapter 13
Joanne Isidori-Linden
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 29, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db/jdb         +Donald L Linden,   Joanne Isidori-Linden,   16 Carpenter Pl,   Cranford, NJ 07016-2540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp
               NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicer for
               Toyota Lease Trust NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC NJ_ECF_Notices@mccalla.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT swest@pbslaw.org
                                                                                             TOTAL: 9