PRO SE
,

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 15-30186

Re:  DONALD L LINDEN                                          Atty:  PRO SE
     JOANNE ISIDORI-LINDEN                                           ,
     16 CARPENTER PL
     CRANFORD,  NJ  07016

## RECEIPTS AS OF 01/15/2020 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2015 | $200.00 | 23229103217 | 02/18/2016 | $400.00 | 23250388768 |
| 02/22/2016 | $200.00 | 23250381513 | 03/08/2016 | $200.00 | 23250396284 |
| 04/18/2016 | $200.00 | 23610803062 | 05/19/2016 | $200.00 | 23379075573 |
| 06/20/2016 | $200.00 | 23610814931 | 07/15/2016 | $200.00 | 23379083188 |
| 08/12/2016 | $200.00 | 23379084628 | 09/13/2016 | $200.00 | 23379090840 |
| 10/18/2016 | $200.00 | 23379089804 | 11/15/2016 | $200.00 | 23379097623 |
| 12/14/2016 | $200.00 | 23990229178 | 01/23/2017 | $200.00 | 23990232126 |
| 02/28/2017 | $200.00 | 23990238573 | 03/28/2017 | $200.00 | 23990240665 |
| 04/21/2017 | $200.00 | 23990247257 | 05/31/2017 | $200.00 | 23941348380 |
| 07/05/2017 | $200.00 | 24319355275 | 08/01/2017 | $200.00 | 24319358188 |
| 09/06/2017 | $200.00 | 24319362881 | 10/03/2017 | $200.00 | 24319366525 |
| 10/24/2017 | $200.00 | 24319369462 | 11/21/2017 | $200.00 | 24319371655 |
| 01/01/2018 | $200.00 | 24642352495 | 01/30/2018 | $750.00 | 24642358110 |
| 02/27/2018 | $750.00 | 24642360213 | 04/02/2018 | $750.00 | 24642360663 |
| 05/01/2018 | $750.00 | 24642368605 | 05/30/2018 | $750.00 | 24642372554 |
| 07/03/2018 | $750.00 | 24852302831 | 07/31/2018 | $750.00 | 24852305316 |
| 09/04/2018 | $750.00 | 24852304945 | 10/02/2018 | $750.00 | 24852314272 |
| 11/01/2018 | $750.00 | 24852317422 | 12/04/2018 | $750.00 | 24852319558 |
| 01/16/2019 | $750.00 | 24852324137 | 01/29/2019 | $750.00 | 25352430478 |
| 03/01/2019 | $750.00 | 25352433808 | 04/02/2019 | $750.00 | 25352438343 |
| 04/30/2019 | $750.00 | 25352443236 | 06/04/2019 | $750.00 | 25352445475 |
| 07/08/2019 | $750.00 | 25728575220 | 08/05/2019 | $750.00 | 25728578943 |
| 09/04/2019 | $750.00 | 25728583961 | 10/01/2019 | $750.00 | 25728584545 |
| 11/05/2019 | $750.00 | 25728589203 | 12/02/2019 | $750.00 | 25728592217 |
| 01/07/2020 | $750.00 | 25728593973 | | | |

**Total Receipts: $23,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $23,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | |
| | 03/19/2018 | $66.80 | 8,000,459 | 05/14/2018 | $117.72 | 8,000,532 |
| | 06/18/2018 | $235.43 | 8,000,579 | 08/20/2018 | $235.43 | 8,000,648 |
| | 10/22/2018 | $238.05 | 8,000,725 | 11/19/2018 | $117.34 | 8,000,766 |

**Chapter 13 Case # 15-30186**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 01/14/2019 | $117.33 | 8,000,843 | | 02/11/2019 | $117.34 | 8,000,886 |
| | 03/18/2019 | $234.68 | 8,000,932 | | 05/20/2019 | $163.18 | 8,001,025 |
| | 07/15/2019 | $119.46 | 8,001,112 | | 08/19/2019 | $119.46 | 8,001,154 |
| | 09/16/2019 | $119.46 | 8,001,197 | | 10/21/2019 | $240.53 | 8,001,249 |
| | 12/16/2019 | $29.86 | 8,001,330 | | 01/13/2020 | $117.96 | 8,001,366 |
| CAPITAL ONE BANK (USA) NA | | | | | | | |
| | 03/19/2018 | $99.96 | 798,289 | | 05/14/2018 | $176.14 | 802,077 |
| | 06/18/2018 | $352.28 | 803,983 | | 08/20/2018 | $352.28 | 807,874 |
| | 10/22/2018 | $356.17 | 811,767 | | 11/19/2018 | $175.60 | 813,729 |
| | 01/14/2019 | $175.57 | 817,540 | | 02/11/2019 | $175.58 | 819,435 |
| | 03/18/2019 | $351.16 | 821,402 | | 05/20/2019 | $244.16 | 825,403 |
| | 07/15/2019 | $178.75 | 829,285 | | 08/19/2019 | $178.75 | 831,246 |
| | 09/16/2019 | $178.74 | 833,272 | | 10/21/2019 | $359.91 | 835,286 |
| | 12/16/2019 | $44.69 | 839,313 | | 01/13/2020 | $176.51 | 841,187 |
| CAPITAL ONE NA | | | | | | | |
| | 08/20/2018 | $5.00 | 8,000,653 | | 03/18/2019 | $6.29 | 8,000,935 |
| | 10/21/2019 | $5.82 | 8,001,240 | | | | |
| DISCOVER BANK | | | | | | | |
| | 03/19/2018 | $108.12 | 798,409 | | 05/14/2018 | $190.52 | 802,193 |
| | 06/18/2018 | $381.04 | 804,113 | | 08/20/2018 | $381.05 | 808,000 |
| | 10/22/2018 | $385.30 | 811,895 | | 11/19/2018 | $189.88 | 813,840 |
| | 01/14/2019 | $189.95 | 817,650 | | 02/11/2019 | $189.92 | 819,537 |
| | 03/18/2019 | $379.83 | 821,513 | | 05/20/2019 | $264.10 | 825,522 |
| | 06/25/2019 | ($264.10) | 825,522 | | 06/25/2019 | $264.10 | 828,617 |
| | 07/15/2019 | $193.34 | 829,391 | | 08/19/2019 | $193.34 | 831,364 |
| | 09/16/2019 | $193.34 | 833,380 | | 10/21/2019 | $389.30 | 835,407 |
| | 12/16/2019 | $48.34 | 839,411 | | 01/13/2020 | $190.92 | 841,274 |
| ECAST SETTLEMENT CORPORATION | | | | | | | |
| | 03/19/2018 | $127.25 | 8,000,464 | | 05/14/2018 | $224.23 | 8,000,537 |
| | 06/18/2018 | $448.45 | 8,000,585 | | 08/20/2018 | $448.46 | 8,000,659 |
| | 10/22/2018 | $453.41 | 8,000,729 | | 11/19/2018 | $223.54 | 8,000,772 |
| | 01/14/2019 | $223.50 | 8,000,852 | | 02/11/2019 | $223.52 | 8,000,888 |
| | 03/18/2019 | $447.03 | 8,000,936 | | 05/20/2019 | $310.82 | 8,001,030 |
| | 07/15/2019 | $227.54 | 8,001,119 | | 08/19/2019 | $227.55 | 8,001,159 |
| | 09/16/2019 | $227.54 | 8,001,199 | | 10/21/2019 | $458.17 | 8,001,241 |
| | 12/16/2019 | $56.89 | 8,001,328 | | 01/13/2020 | $224.70 | 8,001,370 |
| SANTANDER | | | | | | | |
| | 05/20/2019 | $431.00 | 826,064 | | | | |
| STATE OF NJ | | | | | | | |
| | 01/22/2018 | $109.80 | 795,421 | | 02/20/2018 | $705.75 | 797,262 |
| | 03/19/2018 | $303.10 | 799,091 | | | | |
| US BANK TRUST NA | | | | | | | |
| | 12/16/2019 | $531.00 | 839,027 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,202.94 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,800.00 | 100.00% | 4,800.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 3,609.03 | 100.00% | 2,390.03 | 1,219.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | CAPITAL ONE BANK (USA) NA | UNSECURED | 5,400.25 | 100.00% | 3,576.25 | 1,824.00 |
| 0009 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 15-30186**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0010 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | ECAST SETTLEMENT CORPORATION | UNSECURED | 6,874.58 | 100.00% | 4,552.60 | 2,321.98 |
| 0014 | DISCOVER BANK | UNSECURED | 5,841.24 | 100.00% | 3,868.29 | 1,972.95 |
| 0017 | CAPITAL ONE NA | UNSECURED | 27.54 | 100.00% | 17.11 | 10.43 |
| 0018 | US BANK TRUST NA | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | TNB-VISA (TV) / TARGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | WELLS FARGO BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | STATE OF NJ | PRIORITY | 1,118.65 | 100.00% | 1,118.65 | 0.00 |
| 0032 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | SANTANDER | ADMINISTRATIVE | 431.00 | 100.00% | 431.00 | 0.00 |
| 0035 | US BANK TRUST NA | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $22,487.87**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $23,200.00    -    Paid to Claims: $16,484.93    -    Admin Costs Paid: $6,002.94    =    Funds on Hand: $712.13

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.