UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
anstein@middlebrooksshapiro.com
Proposed Attorneys for Chapter 13 Debtors

**Order Filed on April 16, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DONALD L. LINDEN and JOANNE ISIDORI-LINDEN,
Chapter 13 Debtors.

Case No.:    15-30186-SLM

Chapter:    13

Judge:    Stacey L. Meisel

### ORDER AUTHORIZING RETENTION OF

### MIDDLEBROOKS SHAPIRO, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: April 16, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain   Middlebrooks Shapiro, P.C.
as   Counsel for Chapter 13 Debtors  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   841 Mountain Avenue
   First Floor
   Springfield, New Jersey  07081

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2