UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
anstein@middlebrooksshapiro.com
Proposed Attorneys for Chapter 13 Debtors

Order Filed on April 16, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

DONALD L. LINDEN and JOANNE ISIDORI-LINDEN,
Chapter 13 Debtors.

Case No.:  15-30186-SLM

Chapter:  13

Judge:  Stacey L. Meisel

---

**ORDER AUTHORIZING RETENTION OF**

**MIDDLEBROOKS SHAPIRO, P.C.**

The relief set forth on the following page is **ORDERED**.

**DATED: April 16, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Middlebrooks Shapiro, P.C._____
as _____Counsel for Chapter 13 Debtors_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 841 Mountain Avenue
First Floor
Springfield, New Jersey  07081

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Donald L Linden  
Joanne Isidori-Linden  
    Debtors

Case No. 15-30186-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 16, 2020  
                   Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.  
db/jdb        +Donald L Linden,    Joanne Isidori-Linden,    16 Carpenter Pl,    Cranford, NJ 07016-2540  
aty           +Middlebrooks Shapiro, P.C.,    841 Mountain Avenue,    First Floor,    Springfield, NJ 07081-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:

       Angela Nascondiglio Stein    on behalf of Debtor Donald L Linden  
        nascondiglio@middlebrooksshapiro.com  
       Angela Nascondiglio Stein    on behalf of Joint Debtor Joanne Isidori-Linden  
        nascondiglio@middlebrooksshapiro.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corp NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
       Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation as servicer for Toyota Lease Trust NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services bankruptcy@friedmanvartolo.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Melissa N. Licker    on behalf of Creditor    NATIONSTAR MORTGAGE LLC NJ_ECF_Notices@mccalla.com  
       Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org  
       Stuart H. West    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT swest@pbslaw.org

                                                                            TOTAL: 11