| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Donald L. Linden and Joanne Isidori-Linden,<br>Chapter 13 Debtor. | Case No.: 15-30186-SLM<br>Chapter: 13<br>Judge: Meisel |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Donald L. Linden_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations, or

   ☐  I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 12/2/2020                                        /s/Donald L. Linden
                                                              Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Donald L. Linden and Joanne Isidori-Linden,<br>Chapter 13 Debtor. | Case No.: 15-30186-SLM<br>Chapter: 13<br>Judge: Meisel |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Joanne Isidori-Linden__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations, or

   ☐  I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 12/2/2020

/s/Joanne Isidori-Linden
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

*rev.6/16/17*