| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Donald L Linden <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–2248 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Joanne Isidori–Linden <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–3762 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   15–30186–SLM | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Donald L Linden                      Joanne Isidori–Linden

    <u>1/15/21</u>                                                       **By the court:** <u>Stacey L. Meisel</u>
                                                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                                                     **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-30186-SLM |
| Donald L Linden | Chapter 13 |
| Joanne Isidori-Linden | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 15, 2021 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald L Linden, Joanne Isidori-Linden, 16 Carpenter Pl, Cranford, NJ 07016-2540 |
| aty | + | Middlebrooks Shapiro, P.C., 841 Mountain Avenue, First Floor, Springfield, NJ 07081-3437 |
| cr | + | BSI Financial Services, Friedman Vartolo, LLp, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | NATIONSTAR MORTGAGE LLC, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | NATIONSTAR MORTGAGE LLC, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | Toyota Motor Credit Corp, c/o Buckley Madole PC, 99 Wood Ave South #803, Iselin, NJ 08830-2713 |
| cr | + | Toyota Motor Credit Corporation as servicer for To, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | U.S. Bank National Association, not in its individ, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 516023529 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9741 |
| 515816750 | + | Nationstar Mortgage LLC, Attn: Bankruptcy, PO Box 619094, Dallas, TX 75261-9094 |
| 515931947 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 515816751 | | State of New Jersey, PO Box 245, Trenton, NJ 08602-0245 |
| 515956999 | + | Toyota Lease Trust, c/o TOYOTA MOTOR CREDIT CORPORATION, PO BOX 9013, ADDISON, TEXAS 75001-9013 |
| 515816756 | | Toyota Motor Credit Co, Address Not Available, Atlanta, GA 30309 |
| 515872987 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516281325 | | U.S. Bank National Association, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 516281326 | + | U.S. Bank National Association, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708, U.S. Bank National Association c/o Rushmore Loan Management Services 92619-2708 |
| 517600762 | + | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 517600763 | + | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, U.S. Bank Trust National Association c/o BSI Financial Services 75038-2480 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: DRIV.COM | Jan 16 2021 02:18:00 | Santander Consumer USA, Inc., P.O Box 961245, Ft. Worth, TX 76161-0244 |
| cr | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| 515816733 | + | EDI: BECKLEE.COM | Jan 16 2021 02:13:00 | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 515816734 | + | EDI: AMEREXPR.COM | Jan 16 2021 02:18:00 | American Express, P.o. Box 981537, El Paso, TX 79998-1537 |
| 515913987 | | EDI: BECKLEE.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 16 2021 02:13:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515816736 | | EDI: BANKAMER.COM | Jan 16 2021 02:13:00 | Bank of America, Attn: Recovery Department, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 515816735 | | EDI: BANKAMER.COM | Jan 16 2021 02:13:00 | Bank of America, P.O. Box 982236, El Paso, TX 79998 |
| 515816737 | | EDI: BANKAMER.COM | Jan 16 2021 02:13:00 | Bank of America, Po Box 982235, El Paso, TX 79998 |
| 515816738 | | EDI: BANKAMER.COM | Jan 16 2021 02:13:00 | Bank of America, De5-019-03-07, Newark, DE 19714 |
| 515816740 | | EDI: CAPITALONE.COM | Jan 16 2021 02:18:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 515816739 | + | EDI: CAPITALONE.COM | Jan 16 2021 02:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 515913134 | | EDI: CAPITALONE.COM | Jan 16 2021 02:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515984415 | | EDI: BL-BECKET.COM | Jan 16 2021 02:18:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515816745 | + | EDI: CITICORP.COM | Jan 16 2021 02:18:00 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 515816744 | + | EDI: CITICORP.COM | Jan 16 2021 02:18:00 | Citibank, Citicorp Credt Srvs/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 515816747 | | EDI: DISCOVER.COM | Jan 16 2021 02:18:00 | Discover Financial, Po Box15316, Wilmington, DE 19850 |
| 515843214 | | EDI: DISCOVER.COM | Jan 16 2021 02:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515816746 | + | EDI: DISCOVER.COM | Jan 16 2021 02:18:00 | Discover Financial, Attention: Bankruptcy Department, Po Box 3025, New Albany, OH 43054-3025 |
| 515816748 | + | EDI: IRS.COM | Jan 16 2021 02:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515816741 | | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515816742 | | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase Card Services, Attn:Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 515816743 | | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 515816749 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 15 2021 21:40:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516081224 | | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 515816754 | | EDI: TFSR.COM | Jan 16 2021 02:18:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 515816755 | | EDI: TFSR.COM | Jan 16 2021 02:18:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 515816753 | + | EDI: WTRRNBANK.COM | Jan 16 2021 02:18:00 | Tnb-Visa (TV) / Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 515816752 | + | EDI: WTRRNBANK.COM | Jan 16 2021 02:18:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV P.O.Box 9475, Minneapolis, MN 55440-9475 |

Case 15-30186-SLM    Doc 135    Filed 01/17/21    Entered 01/18/21 00:20:19    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 3180W | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 515816757 | | EDI: WFFC.COM | Jan 16 2021 02:18:00 | Wells Fargo, Wells Fargo Bank, Mac X2505-033 Pob 10438, Des Moines, IA 50306 |
| 515816758 | + | EDI: WFFC.COM | Jan 16 2021 02:18:00 | Wells Fargo, Po Box 84712, Sioux Falls, SD 57118-4712 |
| 515913005 | + | EDI: WFFC.COM | Jan 16 2021 02:18:00 | Wells Fargo Bank N A, Wells Fargo Education Financial Services, 301 E 58th Street N, Sioux Falls SD 57104-0422 |
| 515962176 | | EDI: ECAST.COM | Jan 16 2021 02:18:00 | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021                                Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Donald L Linden nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Joanne Isidori-Linden nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Toyota Motor Credit Corp NJ_ECF_Notices@McCalla.com  NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust NJ_ECF_Notices@McCalla.com  NJ_ECF_Notices@McCalla.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor NATIONSTAR MORTGAGE LLC NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Robert P. Saltzman | |

District/off: 0312-2     User: admin     Page 4 of 4

Date Rcvd: Jan 15, 2021     Form ID: 3180W     Total Noticed: 53

        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org

Stuart H. West

        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT swest@pbslaw.org

TOTAL: 11